Lena A. Gray, administratrix of the estate of Lee Roy Gray, deceased, appellee, v. Peoria Bus & Baggage Line, appellant. Gen. No. 8,557.

Opinion filed February 23, 1933.

Michel & Barnes, for appellants. Herget & Hoffman, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Esther Whipple, appellee, v. United States Fidelity & Guaranty Company, appellant. Gen. No. 8,569.

Opinion filed February 23, 1933.

Hall & Hulse, for appellant. Runyard & Behanna, for appellee; Eugene M. Runyard and George S. McGaughey, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

Mary Fisk, appellee, v. Charles F. Mittan et al., appellants. Gen. No. 8,577.

Opinion filed February 23, 1933. Rehearing denied April 12, 1933.

Charles F. Preston, Ray E. Lane and George C. Dixon, for appellants. Dixon, Devine, Bracken & Dixon, for appellee; Robert L. Bracken, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

The Larabee Flour Mills Company, appellant, v. Frank Weindruch and Isador Pesses, trading as Eagle Kash & Karry Markets, appellees. Gen. No. 8,590.

Opinion filed February 23, 1933.

Connelly, Walker, Searle & Hubbard, for appellant; Franklin P. Searle, of counsel. Sweeney & Eagle, for appellees; Edward L. Eagle, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.